IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA         :
                                 :
v.                               :      CRIMINAL NO. 23-276
                                 :
___Donavon Parish_____     :

## CONDITIONS OF RELEASE ORDER

### BAIL

Defendant is **released on bail** in the amount of: $ 50,000
    _____ O/R
    _____ cash
    __X__ secured by:
        _____ % cash           /RAL
        __X__ property at: 1080 Lakeshore Road, Hattiesburg, Mississippi 39401
        __X__ **Clerk's office requirements are not waived.** Execute an Agreement to Forfeit the Property stated above with a copy of the deed as indicia of ownership.

### PRETRIAL SERVICES

__X__ Defendant shall report to Pretrial Services:
        __X__ **as directed** by Pretrial Services.
        _____ times per week **in person**.
        _____ times per week **via telephone**.

__X__ Defendant shall attend mental health services under the guidance and supervision of Pretrial Services.
__X__ Defendant shall submit to **random drug testing** as directed by Pretrial Services.
__X__ Defendant shall refrain from excessive use of alcohol or from any use of a narcotic drug or other controlled substance, as defined in Section 102 of the Controlled Substances Act, 21 U.S.C. § 802, without a prescription by a licensed medical practitioner.
__X__ Defendant shall undergo **drug/alcohol treatment** if necessary as determined by Pretrial Services.
_____ Defendant shall submit to **location monitoring** at the following address:

_____

_____This Court, based upon evidence that Defendant has adequate financial resources, finds that he/she shall pay all or part of the cost of the court-ordered monitoring program, in an amount to be specified by Pretrial Services.

_____ **Curfew.** You are restricted to your residence every day from_____ to _____, during which electronic monitoring will be in place, or as directed by the pretrial services office or supervising officer.

_____**Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities approved in advance by the pretrial services office or supervising officer;

_____**Home Incarceration.** You are restricted to 24-hour-a-day lock-down at your residence except for medical necessities and court appearances or other activities specifically approved by the court.

| **PASSPORT** |
|---|

\_\_X\_\_ Defendant shall surrender and/or refrain from obtaining a **passport.**

| **TRAVEL** |
|---|

\_\_X\_\_ Travel is restricted to the **Eastern District of Pennsylvania and the Southern District of Mississippi**.
_____ Travel is restricted to the _____ .
\_\_X\_\_ Unless prior permission is granted by Pretrial Services.

| **FIREARMS** |
|---|

\_\_X\_\_ Defendant shall surrender and/or refrain from obtaining any firearms. Any other firearms in any premises where the defendant resides while on supervised release must be removed from the premises and no firearms are to be brought into the premises during this period. The defendant shall execute a completed Prohibition on Possession of Firearms Agreement.

| **MISCELLANEOUS** |
|---|

\_\_X\_\_ Defendant shall have no contact with **any victims, potential witnesses** in this case, or individuals engaged in any **criminal activity**.
_____ Defendant must maintain present **employment**.
_____ Defendant must **actively seek** gainful employment.
_____ Defendant shall undergo a **mental competency evaluation**.
\_\_X\_\_ Defendant must reside:

    at:  \_\_an address as approved by Pretrial Services_____

    with: _____

| **COMPUTERS/INTERNET** |
|---|

\_\_X\_\_ The Defendant is subject to the following computer/internet restrictions which are to be monitored by U.S. Pretrial Services and may include manual inspection, use of minimally invasive internet detection devices, and/or installation of computer monitoring software to

insure compliance with the imposed restrictions.

    __X__    **No computer, no internet-connected devices**: The Defendant is prohibited from possession and/or use of any computers and connected devices.

    _____**Computer, no internet access**: The Defendant is permitted use of computers or connected devices, but is not permitted access to the Internet (as World Wide Web, FTP sites, IRC servers, instant messaging).

    _____**Computer with internet access**: The Defendant is permitted use of computers or connected devices, is permitted access to the internet for legitimate purposes, and is responsible for any fees connected with the installation and use of monitoring software.

    __X__    **Other Residents**: By consent of other residents, all computers located at the address of record shall be subject to inspection to ensure the equipment is password protected.

    _____**Other Restrictions**:

**OTHER CONDITIONS:**

The defendant's mother, **Lisa Parish**, shall be appointed to serve as third party custodian for the defendant. Ms. Parish shall monitor and ensure that the defendant is in compliance with all of the conditions set forth in this Order, and to report any potential non-compliance to Pretrial Services immediately.

As a further condition of release, defendant shall not commit a federal, state, or local crime during the period of release. The commission of a federal offense while on pretrial release will result in an additional sentence of a term of imprisonment of not more than 10 years, if the offense is a felony; or a term of imprisonment of not more than 1 year, if the offense is a misdemeanor. This sentence shall be in addition to any other sentence.

Any violation of the conditions of release may result in revocation of bail, immediate issuance of an arrest warrant, imprisonment pending trial, and an additional term of imprisonment of up to 10 years, if the violation is a felony, and up to one year, if the violation is a misdemeanor.

/s/ J. Jeanette Kang
J. JEANETTE KANG
ASST. UNITED STATES ATTORNEY

/s/ James J. McHugh
JAMES MCHUGH
DEFENSE ATTORNEY

It is so ORDERED this __3d__ day of __Aug__, 2023.

BY THE COURT:

_/s/ Richard Lloret_
RICHARD A. LLORET
UNITED STATES MAGISTRATE/DISTRICT JUDGE