IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| | : | No. 23-276 |
| DONAVON ANTHONY PARISH | | |
| 1080 LAKE SHORE ROAD | | |
| HATTIESBURG, MISSISSIPPI 39401 | | |

### NOTICE OF HEARING

Take notice that the defendant is scheduled for **Sentencing** on September 19, 2024, at 10:30am before the **Honorable Cynthia M. Rufe** in **Courtroom 12A** of the United States District Court, 601 Market Street, Philadelphia, PA 19106.

☐ **Detained Federal Inmate:** The U.S. Marshal shall have the defendant present for this court proceeding.

☒ **Bail Status:** The defendant is on bail.  A Court Security Officer shall be assigned to this proceeding.

☒ **Court Summons:** This Notice serves as a summons to appear in court.  If the defendant is on bail or supervision and fails to appear as directed, the presiding judge may issue a bench warrant.

☐ **Interpreter:** A  interpreter will be required for the defendant.

  Trial rescheduled from:


For additional information, please contact the undersigned.

By: Courtroom Deputy to J. Cynthia M. Rufe
Phone: 267-299-7499

Date: June 20, 2024

cc via U.S. Mail: Defendant
cc via email: J. McHugh, Esq.
H. Labovitz, Esq.
J. Kang, AUSA
U.S. Marshal
Court Security
Probation Office
Pretrial Services
Interpreter Coordinator


crnotice (July 2021)