AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

Eastern District of Pennsylvania

| United States of America | ) | | |
|---|---|---|---|
| v. | ) | | |
| | ) | Case No. | 23-276 |
| | ) | | |
| | ) | | |
| | ) | | |
| DONAVON ANTHONY PARISH | ) | | |
| *Defendant* | | | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* DONAVON ANTHONY PARISH ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☒ Order of the Court

This offense is briefly described as follows:
VIOLATION OF PRETRIAL RELEASE CONDITIONS - SEE ATTACHED ORDER

Date: 08/21/2024                                 /S/ THOMAS GIAMBRONE, DEPUTY CLERK
                                                 *Issuing officer's signature*

George Wylesol, Clerk of Court
U.S. District Court, Eastern District of PA

City and state: PHILADELPHIA, PA                 /S/ GEORGE V. WYLESOL, CLERK OF COURT
                                                 *Printed name and title*

---

**Return**

This warrant was received on *(date)* 08/21/24 , and the person was arrested on *(date)* 08/26/24
at *(city and state)* HATTIESBURG, MS

Date: 08/26/24

Shewell
*Arresting officer's signature*

STEPHEN LEWELL  DEPUTY U.S. MARSHAL
*Printed name and title*